**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
MICHAEL ESCOBAR, on behalf of himself
and all others similarly situated,

    Plaintiff,

       -against-

1412 BROADWAY ROOFTOP LLC d/b/a
ELSIE ROOFTOP,

             Defendants.
-----------------------------------------------------------X

1:25-cv-04201-ER

**[PROPOSED] JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That pursuant to Federal Rule of Civil Procedure 68 and based upon the combined filing of Defendant's Offer of Judgment and Plaintiff's Notice of Acceptance thereof, judgment is hereby entered for Plaintiff Michael Escobar in connection with the Fair Labor Standard Act claims alleged in this Action against Defendant 1412 Broadway Rooftop LLC d/b/a Elsie Rooftop in the amount of $10,000, which includes reasonable attorney's fees and other costs.

Dated: New York, New York
       February ___, 2026

                                  SO ORDERED

                                  _____
                                  Hon. Edgardo Ramos
                                  United States District Judge