UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MICHAEL ESCOBAR, on behalf of himself and all others similarly situated,

      Plaintiff,

      -against-

1412 BROADWAY ROOFTOP LLC d/b/a ELSIE ROOFTOP,

      Defendants.
---------------------------------------------------------X

1:25-cv-04201-ER

**[PROPOSED] JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That pursuant to Federal Rule of Civil Procedure 68 and based upon the combined filing of Defendant's Offer of Judgment and Plaintiff's Notice of Acceptance thereof, judgment is hereby entered for Plaintiff Michael Escobar in connection with the Fair Labor Standard Act claims alleged in this Action against Defendant 1412 Broadway Rooftop LLC d/b/a Elsie Rooftop in the amount of $10,000, which includes reasonable attorney's fees and other costs.

Dated: New York, New York
      February 13, 2026

SO ORDERED

_____
Hon. Edgardo Ramos
United States District Judge